UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA SHRADER,<br><br>    Plaintiff,<br><br>    v.<br><br>PAPE KENWORTH, INC., et al.,<br><br>    Defendants. | Case No. 2:18-cv-00014-KJM-CKD<br><br>ORDER |

The court ADOPTS the parties' stipulation, ECF No. 14, and modifies the status (pretrial scheduling) order, ECF No. 13, as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery cut-off | March 15, 2019 | May 24, 2019 |
| Plaintiff's expert disclosures | April 15, 2019 | June 7, 2019 |
| Defendant's expert disclosures | April 29, 2019 | June 7, 2019 |
| Supplemental expert disclosures | May 13, 2019 | June 21, 2019 |
| Expert discovery cut-off | July 29, 2019 | August 2, 2019 |
| Last day to hear dispositive motions | August 23, 2019 | August 23, 2019 (no change) |

IT IS SO ORDERED.

DATED: February 22, 2019.

_____
UNITED STATES DISTRICT JUDGE